UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22318-CIV-KING-BANDSTRA

RAMON LOPEZ,

    Plaintiff,

v.

ALLIED INTERNATIONAL CREDIT CORP.
d/b/a TRIUMPH ASSET SERVICES,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE
## FOR FAILURE TO FILE PRE-TRIAL STIPULATION

This action came on before the court *sua sponte*, it appearing that no pre-trial stipulation was filed on the date specified in the pre-trial order. The court, having considered the record and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the complaint be, and it is hereby dismissed for failure to comply with an order of this court, without prejudice to the plaintiff's right to refile the case under a <u>new</u> case assignment and <u>new case number</u> in the office of the Clerk of the United States District Court. If the case is subsequently refiled, the attorneys for the plaintiff <u>shall</u> notify the Clerk of Court of this order of dismissal in order that the Clerk of Court will assigned the newly-filed case to the division of the undersigned Judge in accordance with the local rules pertaining thereto.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 3rd day of September, 2008.

```
                                    _____
                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE
```

cc:  Samira Ghazal, Esq.
     Ghazal & Gomez
     1930 Tyler Street
     Hollywood, FL 33020
     Facsimile: (954) 925-7816
     *Counsel for Plaintiff*

     Dale T. Golden, Esq.
     GODEN & SCAZ, PLLC
     2124 W. Kennedy Blvd.
     Suite A
     Tampa, FL 33606
     Facsimile: (813) 251-3675
     *Counsel for Defendant*